**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No.: 3:07mj87-SRW** |
| ) | |
| **REGINALD HEFLIN** ) | |

## MOTION TO WITHDRAW
## AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Reginald Heflin.  In support of this Motion, counsel states the following:

1.     The Federal Defender Office was appointed to represent Mr. Heflin on October 2, 2007 with respect to allegations involving distribution of cocaine base.

2.     While meeting with Mr. Heflin, the undersigned counsel discovered that a conflict of interest exists between Mr. Heflin and a former client of the Federal Defender Office.

WHEREFORE, undersigned counsel prays that the Office of the Federal Defender be permitted to withdraw from the representation of Mr. Heflin and a CJA panel attorney be appointed.

Respectfully submitted,

s/Jennifer A. Hart
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099

Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esq.
Assistant U. S. Attorney
131 Clayton Street
Montgomery, Alabama  36104.

Respectfully submitted,

<u>s/Jennifer A. Hart</u>
**JENNIFER A. HART**
FEDERAL DEFENDERS
MIDDLE DISTRICT OF ALABAMA
201 Monroe Street, Suite 407
Montgomery, AL 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
jennifer_hart@fd.org
AL Bar Code: HAR189