IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:07mj87-SRW |
| | ) | |
| REGINALD HEFLIN | ) | |

**MOTION TO CONTINUE DETENTION HEARING**

**COMES NOW** the Defendant, Reginald Heflin, by and through undersigned counsel, Jennifer A. Hart, and moves this Honorable Court to continue the Detention Hearing in this case which is presently scheduled for October 5, 2007. As grounds for granting this Motion, Defendant would show the following:

1. The Federal Defender Office was appointed to represent Mr. Heflin on October 2, 2007 with respect to allegations involving distribution of cocaine base.

2. While meeting with Mr. Heflin, the undersigned counsel discovered that a conflict of interest exists between Mr. Heflin and a former client of the Federal Defender Office. As such, the undersigned will be filing a Motion to Withdraw from the case and will request that a CJA Panel attorney be appointed to represent Mr. Heflin in all further proceedings.

3. In order that a new attorney may be appointed and prepare for the hearing, Mr. Heflin requests that his Detention Hearing be continued until next week.

**WHEREFORE**, for the foregoing reasons, Mr. Heflin respectfully requests that the Court grant this Motion and continue the Detention Hearing until one day next week.

.

        Respectfully submitted,

        s/Jennifer A. Hart
        **JENNIFER A. HART**
        FEDERAL DEFENDERS
        MIDDLE DISTRICT OF ALABAMA
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        Phone: (334) 834-2099
        Fax: (334) 834-0353
        jennifer_hart@fd.org
        AL Bar Code: HAR189

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esq.
Assistant U. S. Attorney
131 Clayton Street
Montgomery, Alabama  36104.

      Respectfully submitted,

      s/Jennifer A. Hart
      **JENNIFER A. HART**
      FEDERAL DEFENDERS
      MIDDLE DISTRICT OF ALABAMA
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      jennifer_hart@fd.org
      AL Bar Code: HAR189