IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07mj87-SRW |
| | ) | |
| REGINALD HEFLIN | ) | |

**ORDER**

Upon consideration of defendant attorney's motion to withdraw (Doc. # 8), filed October 5, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. It is further ORDERED that Jay Lewis is appointed as a CJA panel attorney to represent the defendant in the above-referenced case. The appointed attorney shall file a written notice of appearance with this court.

DONE, this 9th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE