IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07mj87-SRW |
| | ) | |
| REGINALD HEFLIN | ) | |

**ORDER**

Upon consideration of defendant's motion to continue detention hearing (Doc. # 9), filed October 5, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The detention hearing/preliminary examination is continued from October 5, 2007 to October 11, 2007 at 10:30 a.m. in courtroom 5-B.

DONE, this 9th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE