**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Criminal Case No. 3:07-mj-87-SRW** |
| ) | |
| **REGINALD HEFLIN** ) | |

**NOTICE OF APPEARANCE**

COMES NOW Jay Lewis, attorney at law, to enter his appearance on behalf of Defendant and prays that the Court and parties serve him with process and all needful papers.

RESPECTFULLY SUBMITTED, this __9th__ day of October, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _9th_ day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Susan Redmond
Louis V. Franklin, Sr.
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                    /s/ JAY LEWIS
                    Law Offices of Jay Lewis, L.L.C.
                    P.O. Box 5059
                    Montgomery, Alabama 36103
                    (334) 263-7733 (Voice)
                    (334) 832-4390 (Fax)
                    J-Lewis@JayLewisLaw.com
                    ASB-2014-E66J
                    Attorney for Defendant